Decided May 6, 1992

## WADIA ENTERPRISES, INC. *v.* CAROLINE HIRSCHFELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 162, is granted, limited to the following issue:

"Was the Appellate Court correct in upholding the Superior Court's finding that no genuine issue of material fact was raised by the plaintiff relating to bad faith, waiver, estoppel and/or consent on the part of the defendants?"

*Robert A. Slavitt* and *Michael J. Lawrence,* in support of the petition.

*Michael D. Bromley,* in opposition.

Decided May 6, 1992